**No. 67452.**—Rex-Spanall, Inc. *v.* United States, protests 62/8283, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67453.**—F. B. Vandegrift & Co., Inc. *v.* United States, protests 62/8013, etc. (Philadelphia).

Opinion by FORD, J. In accordance with oral stipulation of counsel that certain items of the merchandise consist of mechanical apparatus and parts thereof, in chief value of metal, the claim of the plaintiff was sustained.

**No. 67454.**—Sniafibres Corp. *v.* United States, protests 61/3359, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise, consisting of certain 15-denier nylon monofilament yarn having a slight turn twist, is properly classifiable as filaments of rayon or other synthetic textile, single, weighing less than 150 deniers per length of 450 meters, the claim of the plaintiff was sustained.